(INND Rev. 1/21)

-FILED-

MAR 03 2022 Page 1

At _____M
GARY T. BELL, Clerk
US DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

CORTREZ D. SLATER
_____,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

U.S. SECRETARY OF STATES
_____,
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

1 : 22 C V 0 7 0

Case Number _____
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* <br> ANTONY BLINKEN | 2201 C ST. NW <br> WASHINGTON D.C. 20520 |
| 2 | *[Put the names of any other defendants in these boxes.]* <br> TITLE IV-D CHILD SUPPORT BUREAU | 402 WASHINGTON ST <br> INDIANAPOLIS, IN 46204 |
| 3 | EQUIFAX INC. | 1150 PEACHTREE ST. NE <br> ATLANTA, GA 30309 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? _____16_____

2. What is your address? 21717 HWY 113 BIGELOW, AR 72016

_____

3. What is your telephone number: ( 501 ) 747- 7087

4. Have you ever sued anyone for these exact same claims?

　　　○ No.

　　　✓ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 1/21)                                                                              page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Defendants' conspired in a nisi prius and de facto operation. In turn violating my

2. constitutional rights under the 5th and 14th amendment. It has come to my

3. attention the egregious deception perpetrated against the American people by the

4. State Government, Federal Government, Bar Accociation. Whereas the legislators

5. have implemented provisions for which are voluntary otherwise legally speaking

6. would be unconstitutional. Finding that my due process is clearly being violated

7. rendering all proceedings not only viodable but void from inception. Violations 1-15

8. (1)18 u.s.c statute 241, (2) 18 u.s.c statute 242, (3) 18 u.s.c 286, (4) 18 u.s.c 287,

9. (5) 18 u.s.c statute 371, (6) 18 u.s.c statue 1031, (7) 18 u.s.c 1951,

10. (8) 18 u.s.c statue 1961, (9) 18 u.s.c staute 2, (10) 18 u.s.c statute 455,

11. (11) 31 u.s.c statute 3729, (12) 42 u.s.c statute 658a, (13) Clayton Antitrust Act,

12. (14) Bankruptcy Ack, (15) Fair Credit Reporting act. To this present day and for the

13. past 15 years, I have severely suffered from extreme medical conditions of mental,

14. physical and fininancial abuse of the law. I have been dianosed with muliple skin

15. inflammations, gout, blood clots,and open wound sores caused by a skin diseases.

16. [Cellulitis/Lichen Simplex Chronicus] The pain is so excruiating at times,I am bed

17. at times for days and weeks. These severe permenent medical conditions derived

18. from an extreme hardship of living. Directly related to Title IV-D Bureau and

19. employees; Equifax Inc. and employees; Indiana State ,City and County officals;

20. Alabama State, City and County officals; P.C.s. Repeatedly committing libel fruad

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)                                                                                              page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

21. and willful intent of harm and damages on a monthly basis. These severe medical

22. conditions are directly related to the harsh and cruel reality of living out of city

23. garbage dumpsters at night for a means of protection and food. Forced into living

24. homeless under highway bridges, in downtown city parks, shelters and tent cities

25. communities across america. From California, Wisconsin, Arizona, Indiana and

26. Arkansas between 2007 to 2011 and a additional two years out of a abandon van

27. from 2011- 2013 on the arkansas river. Since 2007 and becoming homeless, I have

28. been dealing with extreme anxiety attacks and extreme mental depression. In 2015

29. after becoming homeless once again. I started suffering from suicidal thoughts, so

30. for the 4th time in 7 years. I checked myself into a mental program at the V.A. for

31. mental health treatment. Once again in 2019 entering into a homeless program in

32. Milwaukee, WI through the V.A homeless program. The defendants violation of my

33. inalienable rights has caused an extreme hardship to my financal past, present and

34. future financial freedom and leverage. All debts from all banks and fractional

35. reserve lenders of all kind are collected illegally due to the original note being with

36. the federal reserve bank instead of the lender. Only the original note holder is

37. allowed to collect a debt. By original it means, that only the individual that has the

38. original paperwork proof is allowed to collect debt. Just like you can not use a copy

39. of a dollar bill to pay for anything, no one can use a copy of a note to collect a debt.

40. Just like a federal reserve note must be in original form (not a copy) or it is a

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

41. counterfeit, the same applies to your note and your lender does not have that note

42. because they traded a libel note created under my social security number for

43. federal reserve notes, when nothing was ever borrowed or nothing was lent as in a

44. loan. From Title IV-D Program; Equifax Inc; Indiana State, City, and County officials:

45. Alabama State, City and County officials. My x-wife has never been in a IV-A

46. child care assistance program  in Indiana or Alabama. I have provided 100%

47. medicial, 100% dental and 100% education for my childern in private. The

48. defendants have all conspired under the color of law, in a willful intent of extreme

49. harms and damages using my federal social security number as an instument of

50. value in a corporate bond scheme, created for the sole purpose of making money

51. for private corporations profits. Which is not intented to benefit the child or the

52. costodial parent. The judicial power of the united states must be excercise by

53. judges who have the attributes of a life-time tenure to ensure the independence

54. from the control of the executive and legislative branches and protection against

55. salar diminution. These extreme damages are directly related to article 1 courts

56. promulgate rules in order to diminish constitutional rights to defeat the rights of

57. litigants to back appointed article 3 judges.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)                                                                                    page 3

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

○ No.

✓ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
  case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

58. The sensation of insurance, of restitution at it's highest standard of redress. Being

59. that restitution is the goal too total compensation for these violations. The satifaction

60. for equity that must be made whole, too meet the proportionate redress of the

61. extreme libel harms and damages to my past, to my present and too my future

62. well-being. Being forced into homelessness because of the legal abuse against my

**FILING FEE** – Are you paying the filing fee?

✓ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the
  defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the
  clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
  defendant about this case.

[Initial Each Statement]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____          _____
Signature                                                          Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)                                                                                        page 3

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

     ◯ No.

     ☑ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

63. federal social security number, will without a doubt cause the future of my children

64. and my grandchildren the rights to an inheritance, of becoming land owners.

65. Title IV-D services; Equifax Inc.; Indiana State, City, and County officials; Alabama

66. State, City, and County officials; has gained a monthly profit from a corporate bond

67. scheme for the past 15 years from the libel abuse of my federal social security

FILING FEE – Are you paying the filing fee?

     ☑ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

     ◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____    _____

Signature                                               Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)

page 3

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

○ No.

☑ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

68. number. Cortrez D. Slater a man has been providing 100% medical, 100% dental,

69. 100% educational and financial support from my V.A. benefits, along with additional

70. finances provided, while I am homeless to this present day. Now that my mother

71. has fallen ill an is in need of permanent care. I have the freedom and the V.A.

72. benefits to provide for my mother but not the foundation. This is and has been

**FILING FEE** – Are you paying the filing fee?

☑ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

CDS___ I will keep a copy of this complaint for my records.

CDS___ I will promptly notify the court of any change of address.

CDS___ I declare **under penalty of perjury** that the statements in this complaint are true.

_____         _____
Signature                                Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)                                                                                              page 3

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

⭕ No.

✅ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

73. devastating injustice to a mans dignity as a man. I now suffer from a lifetime of

74. mental and physicial "permanent and stationary" extreme medical conditions, that

75. are directly related to the defendants actions. The defendants divide and conquer

76. mentality has caused me for the past 15 years the denial of a relationship with my

77. children, because of an alleged debt owed to a fictitiuos entity in a corporate bond

**FILING FEE** – Are you paying the filing fee?

✅ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

⭕ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.

[Initial Each Statement]

CDS    I will keep a copy of this complaint for my records.

CDS    I will promptly notify the court of any change of address.

CDS    I declare **under penalty of perjury** that the statements in this complaint are true.

_____                    _____
Signature                                             Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)                                                                              page 3

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

⬤ No.

☑ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

78. scheme for profit. Demanding the monetary value for gender discrimination and the

79. relationship I have been denied with my childern over the past 15 years. Quility time

80. I will never be able to recover and still no relationship to this present day.The denial

81. and the use of my credit for the past 15 years, has violated my rights of owning land

82. that I could have purchased 15 years ago when farm land was affordable compared

FILING FEE – Are you paying the filing fee?

☑ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

⬤ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.

[Initial Each Statement]

CDS    I will keep a copy of this complaint for my records.

CDS    I will promptly notify the court of any change of address.

CDS    I declare **under penalty of perjury** that the statements in this complaint are true.

_____          _____
Signature                                                          Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

## PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

◯ No.

✓ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

## RELIEF – If you win this case, what do you want the court to order the defendant to do?

83. to todays values. Null and viod $ 125,000.00 thousand dollars of libel frudulant

84. claims that has been and is being used until this present today to damage my credit

85. score on a monthly basis, for the sole purpose of making a profit for private

86. corporations in a bond scheme. The immediate removal of libel claims of fraud from

87. my credit score account. To immediately stop the on going harrassment and mental

## FILING FEE – Are you paying the filing fee?

✓ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

__CDS__ I will keep a copy of this complaint for my records.

__CDS__ I will promptly notify the court of any change of address.

__CDS__ I declare **under penalty of perjury** that the statements in this complaint are true.

_____          _____
Signature                                              Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(LNND Rev. 1/21)                                                                          page 3

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

◯ No.

✓ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
      case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

88. abuse of a libel frudulant claim on a monthly basis against a man Cortrez D. Slater

89. inalienable rights. The demanding compensation award of $ 50,000,000.00 dollars

90. for the extreme negligence carried out by Title IV-D program; Equifax Inc.; Indiana

91. State, City, and County officials; Alabama State, City, and County officials. I will

92. forever suffer from these extreme willful intents of harms and damages created by

FILING FEE – Are you paying the filing fee?

✓ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the
      defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the
      clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
      defendant about this case.

[Initial Each Statement]

CDS___ I will keep a copy of this complaint for my records.

CDS___ I will promptly notify the court of any change of address.

CDS___ I declare **under penalty of perjury** that the statements in this complaint are true.

_____            _____
Signature                                                        Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)                                                                                                  page 3

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

○ No.

☑ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

93. the defendants. These extreme actions of negligence are extreme beyond the

94. bounds of what , an oridinary person should be required to endure. These actions

95. of reckless intent of negligence goes beyond all bounds of decency that a real

96. reasonable person should be expected to tolerate. I have throughout the years

97. contemplated murder-suicide and suicide, only to survive for what dreams may come.

**FILING FEE** – Are you paying the filing fee?

☑ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.

[*Initial Each Statement*]

CDS ___ I will keep a copy of this complaint for my records.

CDS ___ I will promptly notify the court of any change of address.

CDS ___ I declare **under penalty of perjury** that the statements in this complaint are true.

_____          _____
Signature                                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF INDIANA

CORTREZ SLATER                                      PLAINTIFF:

v.

                                                DEFENDANTS:

1. ANTONY BLINKEN                          U.S. Dept. of State, Sec.

2. LORETTA H. RUSH                         Chief Juststice Indiana

3. TOM PARKER                              Chief Justice  Alabama

4. ADAM NORMAN                                   (DDCSS) Indiana

5. LORENZO ARREDONDO                       Lake Co. Clerk Indiana

6. JACQUELINE ANDERSON-SMITH        Jefferson Co. Clerk Alabama

7. KAREN SMITH                                  DHR Deputy Alabama

8. FLORENCE BENNETT-SYNDER      Magistrate  Jefferson Co. Alabama

9. ALEXIS VAQUIEZ DEDELOW             Magistrate  Lake Co. Indiana

10. SHAUN T. OLSEN                     Magistrate   Lake Co.  Indiana

11. LINDA DRAKE                        Deputy Pros. Lake Co. Indiana

12. ERIC D. NEFF                              P.C.

13. REBECCA L. WYATT                         P.C.

14. SANDRA SLATER                        Mother

15. EQUIFAX                              Credit Bureau

16. TITLE IV-D                           Child Support Serves

2